IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR388 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO ARMANDO RAMIREZ-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after hearing on defendant's motion to continue plea hearing (Filing No. 48). Accordingly,

IT IS ORDERED that a trial in this matter is scheduled for:

**Tuesday, March 22, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This will give the parties time to prepare for trial or pursue plea negotiations and will accommodate the schedule of counsel and the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 24, 2011, and March 22, 2011, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court